UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 3:09-cr-00218-1 |
| v. | ) | 3:13-cr-00100-1 |
| | ) | CHIEF JUDGE HAYNES |
| REZA KOUSHKBAGHI | ) | |

## ~~PROPOSED~~ AGREED ORDER SETTING STATUS HEARING

The parties, by and through counsel, hereby in accordance with the Court's Order (Case No. 3:13-cr-0100-1, Docket Entry 21) submit this proposed agreed order setting the date for October 10, 2013. This date is available to the parties and counsel.

Therefore, the case will be set on October ~~10~~ 28, 2012 at 4:30 pm.

So Ordered this 31st day of October, 2013.

_____
William J. Haynes, Jr.
Chief District Court Judge

Prepared for Entry by:

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com