UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 3:09-cr-00218-1 and |
| | ) | 3:13-00100-1 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| REZA KOUSHKBAGHI | ) | |

## MOTION TO WITHDRAW MOTION TO WITHDRAW GUILTY PLEA TO COUNT I (MONEY LAUNDERING) OF THE INFORMATION IN 3:13-00100-1

The Defendant, Reza Koushkbaghi, by and through counsel, hereby moves to withdraw his motion to withdraw his plea of guilty on the money laundering count of the information in Case No. 3:13-00100-1. In support of this Motion, the Defendant would state that the parties have agreed to amend the plea agreement.

Respectfully submitted this 31st day of October, 2013.

        s/ Charles D. Buckholts
        Charles D. Buckholts, BPR #019318
        Attorney for Defendant
        2400 Crestmoor Rd.
        Nashville, TN 37215
        (615) 386-7118
        chuck@buckholtslaw.com

[Handwritten margin note: "Granted. This motion to Granted and Defendant motion (Dk No 526) to Denied as moot. [signature] Kevin H. 11-7-13"]